# In the United States Court of Federal Claims

ELECTRICAL WELFARE TRUST
FUND, *et al.*,

                Plaintiffs,

                v.

THE UNITED STATES,

                Defendant.

No. 19-cv-353

Filed: May 12, 2023

## ORDER DIRECTING ENTRY OF JUDGMENT PURSUANT TO RULE 54(b)

On March 8, 2019, Plaintiffs Electrical Welfare Trust Fund (EWTF), Operating Engineers Trust Fund of Washington, D.C. (OETF), and Stone & Marble Masons of Metropolitan Washington, D.C. Health and Welfare Fund (Stone Masons) filed their Complaint, alleging Illegal Exaction and Fifth Amendment Takings claims against Defendant stemming from certain payments into the Affordable Care Act Transitional Reinsurance Program that Defendant had required of Plaintiffs. Complaint, ECF No. 1; Second Amended Complaint, ECF No. 59. Defendant moved to dismiss Plaintiffs' Complaint on May 7, 2019, and this Court granted Defendant's Motion to Dismiss as related to OETF's and Stone Mason's Illegal Exaction claims, but denied the Motion as related to those parties' Takings claims and as to EWTF's Illegal Exaction claim. ECF Nos. 6, 22. Subsequently, Plaintiffs twice amended their Complaint, and the case proceeded on parallel tracks related to the Illegal Exaction Claims and the Takings Claims, respectively. ECF Nos. 28, 59. This Order concerning partial Judgment relates only to the Illegal Exaction claims.

On April 8, 2022, EWTF moved to certify a class of entities alleging Illegal Exaction claims. ECF No. 53. On June 22, 2022, this Court certified the following class:

> All self-administered, self-insured employee health and welfare benefit plans that are or were subject to the assessment and collection of the Transitional Reinsurance Contribution under Section 1341 of the Affordable Care Act for benefit year 2014 (the "Exaction Class" or "Class").

Class Certification Opinion, ECF No. 70 at 10–11.

Following class certification, Class Counsel issued a Notice to proposed Exaction Class members, and sent such Notice to approximately 650 plans identified by Government records as being self-insured and self-administered (i.e., putative members of the Exaction Class). *See* ECF Nos. 111, 92, 87-1. On November 11, 2022, this Court directed Class Counsel to "certify final membership in the Exaction Class by identifying the name of each member of the Exaction Class to the Court and providing, to the Court and Defendant, a copy of the opt-in form completed by each Exaction Class member and submitted to Class Counsel." ECF No. 92 at 5.

During this time period, EWTF and the Exaction Class (collectively, Class Plaintiffs) filed a Motion for Summary Judgment on the Illegal Exaction Claim, which was substantively unopposed by Defendant. *See* ECF No. 72 (Motion); Defendant's Response to Plaintiffs' Motion for Summary Judgment, ECF No. 80. On December 21, 2022, this Court granted the Class Plaintiffs' Motion and stated its intent to direct entry of Judgment on the Class's Illegal Exaction claim pursuant to Rule 54(b). ECF No. 97. Class Plaintiffs filed their initial Certification of Final Membership in the Exaction Class (ECF No. 106) on February 2, 2023, and on February 10, 2023, Class Plaintiffs filed an unopposed Supplemented Certification of Final Membership in the Exaction Class (ECF No. 111), which included an exhibit listing a final Exaction Class membership of 357 entities and the

2

amount due to each entity. *See* ECF No. 111-1. The Class Plaintiffs requested the Court enter an order directing the Clerk to enter partial Judgment pursuant to Rule 54(b) in favor of the Exaction Class in the total amount of $185,230,024.42. ECF No. 111 at 4. The Class Plaintiffs also detailed Class Counsel's efforts to verify the eligibility of opt-in plans to be part of the Exaction Class, as well as their efforts, working with Defendant, to verify amounts owed to each class member. *Id.* at 2–4.

On March 1, 2023, Defendant filed an Objection to Certification of Final Membership in the Exaction Class, objecting to entry of Judgment related to 157 of the 357 proposed members of the Exaction Class. ECF No. 114 (Objection). Class Plaintiffs filed their Reply in Further Support of Final Membership in the Exaction Class on March 28, 2023, providing further, helpful information. ECF No. 118. Subsequently, the parties met and conferred and resolved their differences related to Defendant's Objection to entry of Judgment as to 157 members of the Exaction Class. Accordingly, on May 11, 2023, during oral argument, Defendant's counsel formally withdrew its Objection on the record and stated that Defendant did not object to this Court directing entry of Judgment for all 357 members of the Exaction Class. *See* Oral Argument Transcript, May 11, 2023. Class Counsel confirmed on the record that the parties agreed that Judgment should be entered for the 357 members of the Exaction Class. The parties do not dispute the amount owed by Defendant in total or to each Exaction Class member.

This Court has thoroughly reviewed the parties' briefs, exhibits, and arguments as to the now-unopposed request for entry of Judgment related to the 357 members of the Exaction Class, and finds that there is good cause shown to enter Judgment in favor of such Exaction Class members.

3

Accordingly, pursuant to Rule 54(b), there being no just reason for delay, the Clerk of Court is **DIRECTED** to enter partial Judgment in favor of the 357 Exaction Class Plaintiffs in the total amount of **$185,230,024.42** in damages, to be distributed as set forth in the attached exhibit, initially filed by Plaintiffs and subsequently approved by Defendant. *See* ECF No. 111-1.

IT IS SO ORDERED.

*Eleni M. Roumel*
ELENI M. ROUMEL
Judge

# EXHIBIT 1

| SISA Record Identifying Number | Submission Type | Name | 2014 Damages |
|---|---|---|---|
| 54 | E-mail/Regular Mail | 1199SEIU GREATER NEW YORK BENEFIT FUND | $1,880,487.00 |
| 50 | E-mail/Regular Mail | 1199SEIU HOME CARE EMPLOYEES BENEFIT FUND | $1,509,480.00 |
| 37 | E-mail/Regular Mail | 1199SEIU NATIONAL BENEFIT FUND FOR HEALTH AND HUMAN SERVICE EMPLOYEES | $12,141,297.00 |
| 227 | Online Portal | ADMINISTRATIVE DISTRICT COUNCIL 1 WELFARE FUND | $204,876.00 |
| 635 | E-mail/Regular Mail | ADVENTIST HEALTH EMPLOYEE MEDICAL PLAN - BASE* | $1,895,859.00 |
| 635 | E-mail/Regular Mail | ADVENTIST HEALTH EMPLOYEE MEDICAL PLAN - ENGAGED* | |
| 473 | E-mail/Regular Mail | AFL-AGC BUILDING TRADES WELFARE PLAN | $56,301.21 |
| 47 | Online Portal | AFTRA HEALTH FUND | $843,822.00 |
| 380 | E-mail/Regular Mail | AHMC HEALTHCARE INC. | $425,817.00 |
| 606 | Online Portal | ALASKA ELECTRICAL HEALTH AND WELFARE FUND | $430,164.00 |
| 442 | E-mail/Regular Mail | ALLIED SERVICES DIVISION WELFARE FUND | $151,179.21 |
| 488 | Online Portal | ARKANSAS BEST CORPORATION EMPLOYEE WELFARE BENEFIT PLAN | $471,555.00 |
| 237 | Online Portal | AUTOMATIC SPRINKLER LOCAL 281 U.A. WELFARE FUND | $137,781.00 |
| 355 | E-mail/Regular Mail | AVANT MINISTRIES MISSIONARY MEDICAL AID PLAN | $21,924.00 |
| 399 | Online Portal | BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL HEALTH BENEFITS FUND | $72,470.79 |
| 239 | E-mail/Regular Mail | BAKERY CRACKER PIE & YEAST WAGON DRIVERS LOCAL 734 WELFARE FUND | $175,896.00 |
| 358 | E-mail/Regular Mail | BANNER HEALTH MASTER HEALTH AND WELFARE BENEFIT PLAN | $2,794,369.41 |
| 9 | E-mail/Regular Mail | BARROW INDUSTRIES INC. | $6,489.00 |
| 260 | Online Portal | BEER INDUSTRY LOCAL UNION NO. 703 HEALTH AND WELFARE FUND | $85,428.00 |
| 377 | Online Portal | BENEFIT MANAGEMENT INC HEALTHCARE PLAN | $6,008.31 |
| 643 | Online Portal | BEST LIFE AND HEALTH INSURANCE COMPANY | $1,323.00 |
| 508 | Online Portal | BLUE BELL CREAMERIES INC. WELFARE BENEFITS PLAN | $325,078.11 |
| 443 | Online Portal | BLUE CROSS AND BLUE SHIELD OF FLORIDA INC | $650,243.79 |
| | Online Portal | BLUE CROSS BLUE SHIELD OF MICHIGAN MEDICAL PLAN* | $860,915.79 |
| | Online Portal | BCBSM RETIREE MEDICAL BENEFIT PLAN* | |
| | Online Portal | EMERGING MARKETS MEDICAL PLAN* | |
| | Online Portal | EMERGING MARKETS RETIREE MEDICAL BENEFIT PLAN* | |
| 416 | Online Portal | BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA RETIREE MEDICAL BENEFITS PLAN* | $574,238.70 |
| 416 | Online Portal | BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA WELFARE BENEFIT PLAN* | |
| 471 | E-mail/Regular Mail | BLUE CROSS BLUE SHIELD OF ALABAMA | $435,309.21 |
| 593 | Online Portal | BULL CONCRETE CORP. | $1,113.21 |
| 127 | Online Portal | C AND O EMPLOYEES HOSPITAL ASSOC | $77,364.00 |
| 645 | Online Portal | CALIFORNIA IRONWORKERS FIELD WELFARE TRUST | $1,455,993.00 |
| 611 | Online Portal | CALIFORNIA WATER SERVICE PPO PLAN | $135,954.00 |
| 342 | E-mail/Regular Mail | CARPENTERS' HEALTH AND WELFARE TRUST FUND OF ST. LOUIS | $1,701,882.00 |
| 603 | Online Portal | CARPENTERS TRUSTS OF WESTERN WA | $1,036,603.26 |
| 419 | Online Portal | CATSKILL AREA SCHOOLS EMPLOYEE BENEFIT PLAN | $233,982.00 |
| | Online Portal | CDW LLC | $612,938.34 |
| | Online Portal | CEMENT MASONS INSTITUTE LOCAL 502 WELFARE TRUST FUND | $119,889.00 |
| | Online Portal | CEMENT MASONS LOCAL NO. 502 RETIREE WELFARE FUND | $14,133.00 |
| 278 | Online Portal | CENTRAL LABORERS WELFARE FUND | $259,160.58 |
| 230 | Online Portal | CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS ACTIVE HEALTH AND WELFARE FUND | $11,031,993.00 |
| 231 | Online Portal | CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS RETIREE HEALTH AND WELFARE FUND | $702,828.00 |
| 265 | Online Portal | CHAUFFEURS TEAMSTERS HELPERS LOCAL 301 | $142,065.00 |
| 293 | E-mail/Regular Mail | CHER MAKE SAUSAGE CO. EMPLOYEE HEALTH CARE PLAN | $12,726.00 |
| 235 | Online Portal | CHICAGO AREA I.B. OF T. HEALTH AND WELFARE TRUST FUND | $117,558.00 |
| 373 | Online Portal | CHICAGO LABORERS DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND | $355,824.00 |
| 255 | Online Portal | CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND | $2,188,494.00 |
| 240 | Online Portal | CHICAGO TILE INSTITUTE WELFARE FUND | $69,860.70 |
| 254 | E-mail/Regular Mail | CHRISTIAN BROTHERS EMPLOYEE BENEFIT TRUST | $1,945,293.21 |
| 524 | Online Portal | CITY OF ODESSA - FAMILY HEALTH ADMINISTRATORS | $119,700.00 |
| 158 | Online Portal | COBALT BENEFITS GROUP LLC EMPLOYEE BENEFIT PLAN* | $8,210.79 |
| 158 | Online Portal | COBALT BENEFITS GROUP LLC* | |
| 596 | E-mail/Regular Mail | COLMAC INDUSTRIES, INC EMPLOYEE BENEFITS PLAN | $20,331.99 |
| 200 | E-mail/Regular Mail | COMMUNITY HEALTH NETWORK, INC. EMPLOYEE HEALTH BENEFITS PLAN | $1,068,795.00 |
| 612 | Online Portal | COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA | $227,745.00 |
| 123 | E-mail/Regular Mail | CONNECTICUT CARPENTERS HEALTH FUND | $338,877.00 |
| 22 | E-mail/Regular Mail | CONNECTICUT LABORERS' HEALTH FUND | $392,427.00 |

| SISA Record Identifying Number | Submission Type | Name | 2014 Damages |
|---|---|---|---|
| 14 | Online Portal | CONNECTICUT PIPE TRADES HEALTH FUND | $160,981.38 |
| 210 | Online Portal | CORESOURCE INC NOW KNOW AS TRUSTMARK HEALTH BENEFITS INC | $85,322.79 |
| 336 | Online Portal | CRAWFORD COUNTY EMPLOYEE HEALTH PLAN* | $17,262.00 |
| 336 | Online Portal | CRAWFORD COUNTY EMPLOYEE MEDICAL AND PRESCRIPTION DRUG BENEFIT PLAN* | |
| 48 | E-mail/Regular Mail | D.C 1707 LOCAL 1389 HOME HEALTH CARE EMPLOYEES HEALTH AND WELFARE FUND | $262,541.79 |
| 359 | E-mail/Regular Mail | DAKOTA BOYS AND GIRLS RANCH | $30,555.00 |
| 581 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF AGRESERVES INC 87-0481574 | $25,452.00 |
| 582 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF AGRI NORTHWEST 87-0481574 | $25,767.00 |
| 552 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF BENEFICIAL FINANCIAL GRP 87-0115120 | $5,418.00 |
| 553 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF BENEFICIAL FNCL LIFE AGT 87-0115120 | $63.00 |
| 147 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF BERBERIAN NUT COMPANY 26-0498896 | $6,111.00 |
| 567 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF BONNEVILLE INTL CORP 87-0266746 | $1,197.00 |
| 558 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF BRIGHAM YOUNG UNIVERSITY 87-0217280 | $529,767.00 |
| 650 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF BYU HAWAII CAMPUS 99-0083825 | $38,430.00 |
| 536 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF BYU IDAHO 82-0207699 | $174,510.00 |
| 87 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF CITY CREEK RESERVES INC 20-8152281 | $1,449.00 |
| 132 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF COP CALLED POSITIONS 23-7300405 | $1,134.00 |
| 560 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF CORP OF PRESIDING BISHOP 87-0234341 | $736,659.00 |
| 133 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF CORP OF THE PRESIDENT 23-7300405 | $277,641.00 |
| 561 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF CPB SEASONAL BENEFITS GP 87-0234341 | $3,087.00 |
| 565 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF CUSTODIANS - CENTRAL PAY 87-0234342 | $178,101.00 |
| 554 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF DESERET BOOK COMPANY 87-0128267 | $31,122.00 |
| 583 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF DESERET CATTLE AND CITRUS 87-0481574 | $9,828.00 |
| 584 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF DESERET CATTLE AND TIMBER 87-0481574 | $630.00 |
| 159 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF DESERET CATTLE FEEDERS 27-2588752 | $3,150.00 |
| 530 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF DESERET DIGITAL MEDIA 80-0483901 | $18,018.00 |
| 585 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF DESERET FARMS INC 87-0481574 | $8,505.00 |
| 586 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF DESERET FARMS OF RUSKIN 87-0481574 | $945.00 |
| 566 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF DESERET INDUSTRIES 87-0234342 | $1,575.00 |
| 574 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF DESERET MANAGEMENT CORPO 87-0274433 | $3,780.00 |
| 579 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF DESERET MUTUAL 87-0440163 | $45,486.00 |
| 555 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF DESERET NEWS 87-0128317 | $11,403.00 |
| 576 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF DESERET TRUST COMPANY 87-0291656 | $2,520.00 |
| 449 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF EAST CENTRAL FLORIDA SER 59-2996410 | $126.00 |
| 544 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF ENSIGN PEAK ADVISORS 84-1432969 | $6,363.00 |
| 588 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF FARMLAND RESERVE INC 87-0569880 | $3,276.00 |
| 652 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF HAWAII RESERVES INC 99-0306760 | $2,772.00 |
| 569 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF KIRO FM 87-0266746 | $10,521.00 |
| 570 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF KPKX 87-0266746 | $63.00 |
| 568 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF KSL INC 87-0266746 | $35,784.00 |
| 571 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF KSWD 87-0266746 | $2,772.00 |
| 572 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF KTAR AM 87-0266746 | $9,891.00 |
| 575 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF LDS BUSINESS COLLEGE 87-0280678 | $8,946.00 |
| 562 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF LDS CHURCH CUSTODIANS 87-0234341 | $63.00 |
| 577 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF LDS FAMILY SERVICES 87-0299862 | $26,271.00 |
| 559 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF NORTHPOINT IRRIGATION CO 87-0224719 | $315.00 |
| 651 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF POLYNESIAN CULTURAL CENT 99-0109908 | $21,861.00 |
| 591 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF PROPERTY RESERVES INC 87-6128054 | $4,473.00 |
| 135 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF SECOND QUORUM 23-7300405 | $3,087.00 |
| 136 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF SEMINARIES AND INSTITUTES 23-7300405 | $231,588.00 |
| 148 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF SOUTH VALLEY ALMOND COMP 26-0499035 | $6,111.00 |
| 587 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF SOUTH VALLEY FARMS 87-0481574 | $8,316.00 |
| 590 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF SUBURBAN LAND RESERVE 87-0687704 | $2,268.00 |
| 452 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF TAYLOR CREEK MANAGEMENT 59-3439096 | $378.00 |
| 563 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF TEMP INTERNATIONAL ASSIGNMENT 87-0234341 | $1,638.00 |
| 580 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF TEMPLE SQUARE HOSPITALITY 87-0460433 | $5,481.00 |
| 592 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF THRASHER RESEARCH FUND 87-6179851 | $378.00 |

| SISA Record Identifying Number | Submission Type | Name | 2014 Damages |
|---|---|---|---|
| 556 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF UTAH HOME FIRE INSURANCE 87-0187345 | $63.00 |
| 157 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF UTAH PROPERTY MANAGEMENT 27-1460435 | $11,907.00 |
| 573 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF W T M X 87-0266746 | $252.00 |
| 564 | E-mail/Regular Mail | DESERET HEALTHCARE EMPLOYEE BENEFITS PLAN ON BEHALF OF WELFARE PRODUCTION PROJECT 87-0234341 | $126.00 |
| 362 | E-mail/Regular Mail | DIAMOND OIL & GAS, LLC | $4,871.79 |
| 125 | Online Portal | DIRECTORS GUILD OF AMERICA - PRODUCER HEALTH PLAN | $676,368.00 |
| 338 | E-mail/Regular Mail | DISTRICT NO. 9 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS WELFARE TRUST | $367,416.00 |
| 551 | Online Portal | DYSART UNIFIED SCHOOL DISTRICT | $151,494.21 |
| 396 | Online Portal | ELECTRICAL WELFARE TRUST FUND | $1,038,429.00 |
| 196 | Online Portal | ELECTRICAL WORKERS BENEFIT TRUST FUND | $238,203.00 |
| 12 | Online Portal | ELECTRICAL WORKERS HEALTH AND WELFARE FUND LOCAL 103 IBEW | $693,693.00 |
| 281 | Online Portal | ELECTRICAL WORKERS INSURANCE FUND | $433,458.90 |
|  | Online Portal | ELECTRICIANS HEALTH AND WELFARE IBEW 995 | $51,093.00 |
| 533 | Online Portal | EMPLOYEE BENEFIT MANAGEMENT SERVICES INC | $23,178.96 |
| 521 | Online Portal | EMPLOYERS DIRECT HEALTH | $8,554.14 |
| 156 | E-mail/Regular Mail | ENGINEERED BIOPHARMACEUTICALS HEALTH BENEFIT PLAN | $1,083.60 |
| 212 | Online Portal | EVERENCE MEDICAL EXPENSE PLAN | $34,142.85 |
| 56 | Online Portal | EXCELLUS HEALTH PLAN INC | $523,108.53 |
| 305 | Online Portal | FEDERATED MUTUAL INSURANCE COMPANY EMPLOYEE MEDICAL PLAN | $318,150.00 |
| 234 | Online Portal | FHN MEMORIAL HOSPITAL | $95,484.69 |
| 614 | E-mail/Regular Mail | FICO KAISER PERMANENTE HEALTH REIMBURSEMENT ACCOUNT | $7,056.00 |
| 477 | Online Portal | FOX EVERETT INC EMPLOYEE BENEFIT PLAN | $9,777.60 |
| 268 | Online Portal | FOX VALLEY LABORERS HEALTH AND WELFARE FUND | $170,100.00 |
| 134 | E-mail/Regular Mail | GENERAL AUTHORITY HEALTH AND WELFARE PLAN ON BEHALF OF THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS 23-7300405 | $12,915.00 |
| 309 | E-mail/Regular Mail | GROUP HEALTH PLAN INC. | $716,306.85 |
| 383 | E-mail/Regular Mail | GROUP HEALTH PROGRAM OF NTCA AND ITS MEMBERS | $2,725,485.21 |
| 228 | Online Portal | HEALTH AND WELFARE DEPT OF THE CONSTRUCTION AND GENERAL LABORERS OF CHICAGO AND VICINITY | $1,456,434.00 |
| 262 | Online Portal | HEALTH AND WELFARE FUND OF THE EXCAVATING GRADING AND ASPHALT CRAFT LOCAL NO. 731 | $72,007.11 |
| 534 | E-mail/Regular Mail | HEALTH BENEFIT PLAN FOR EMPLOYEES OF ALLEGIANCE BENEFIT PLAN MANAGEMENT, INC. | $28,602.00 |
| 319 | Online Portal | HEALTH FITNESS CORPORATION | $105,392.07 |
| 446 | Online Portal | HEALTH OPTIONS INC | $267,498.00 |
| 11 | Online Portal | HEALTH PLANS INC. | $24,570.00 |
| 393 | E-mail/Regular Mail | HEALTHPARTNERS ASSOCIATES INC. | $4,211.55 |
| 314 | E-mail/Regular Mail | HEALTHPARTNERS CENTRAL MINNESOTA CLINICS INC. | $13,584.69 |
| 177 | E-mail/Regular Mail | HEARTLAND HEALTH AND WELLNESS FUND | $1,660,365.00 |
| 94 | Online Portal | HEAVY AND GENERAL LABORERS LOCAL UNIONS 472 AND 172 OF NEW JERSEY WELFARE FUND | $720,468.00 |
| 140 | Online Portal | HIGHMARK INC. FORMERLY KNOWN AS HOSPITAL SERVICE ASSOCIATION OF NORTHEASTERN PENNSYLVANIA | $109,557.00 |
| 98 | Online Portal | HOLYOKE MEDICAL CENTER | $112,853.79 |
| 93 | E-mail/Regular Mail | I.B.T. LOCAL 863 WELFARE FUND | $160,587.00 |
| 80 | Online Portal | I.U.O.E. LOCAL 649 HEALTH REIMBURSEMENT ARRANGEMENT FUND | $235,746.00 |
| 249 | Online Portal | IBEW LOCAL 701 WELFARE FUND | $204,687.00 |
| 340 | Online Portal | IBEW LOCAL NO 1 HEALTH AND WELFARE FUND | $456,435.00 |
| 194 | Online Portal | IBEW LOCAL NO 129 HEALTH AND WELFARE FUND | $38,997.00 |
| 15 | Online Portal | IBT LOCAL 191 HEALTH SERVICE INSURANCE PLAN | $193,347.00 |
| 229 | E-mail/Regular Mail | IBT UNION LOCAL NO 710 HEALTH AND WELFARE FUND | $360,801.00 |
| 99 | E-mail/Regular Mail | ILA LOCAL 1478-2 WELFARE FUND | $57,078.00 |
| 199 | E-mail/Regular Mail | INDIANA LABORERS WELFARE FUND | $1,180,683.00 |
| 204 | Online Portal | INDIANA TEAMSTERS HEALTH BENEFITS FUND | $471,366.00 |
| 619 | Online Portal | INTERMOUNTAIN HEALTHCARE GROUP HEALTH PLAN | $2,844,599.94 |
| 226 | E-mail/Regular Mail | INTERNATIONAL ASSOCIATION OF HEALTH AND FROST INSULATORS LOCAL 17 WELFARE FUND | $163,989.00 |
| 151 | E-mail/Regular Mail | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 112 HEALTH & WELFARE FUND | $117,180.00 |
| 40 | Online Portal | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 25 MARINE DIVISION MEDICAL PLAN | $148,743.00 |
| 648 | E-mail/Regular Mail | IPM HEALTH & WELFARE TRUST OF CALIFORNIA | $185,094.00 |
| 7 | Online Portal | IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE PLAN | $174,510.00 |
| 291 | Online Portal | IRON WORKERS HEALTH FUND OF EASTERN MICHIGAN | $190,326.15 |
| 395 | Online Portal | IRON WORKERS LOCAL 568 HEALTH AND WELFARE | $15,372.00 |
| 410 | Online Portal | IUOE LOCAL 132 HEALTH & WELFARE FUND | $181,566.00 |

| SISA Record Identifying Number | Submission Type | Name | 2014 Damages |
|---|---|---|---|
| 95 | Online Portal | J AND J SNACK FOODS CORP | $191,268.00 |
| 290 | Online Portal | JOINT BOARD OF TRUSTEES IBEW LOCAL 252 HEALTH AND WELFARE FUND | $65,016.00 |
| 376 | Online Portal | KANSAS BUILDING TRADES OPEN END HEALTH AND WELFARE TRUST FUND | $122,724.00 |
| 122 | E-mail/Regular Mail | KENTUCKY LABORERS DISTRICT COUNCIL HEALTH AND WELFARE FUND | $197,043.21 |
| 641 | Online Portal | KERN LEGACY CLASSIC CHOICE AND NETWORK PLUS | $1,137,402.00 |
| 270 | Online Portal | KIRBY FOODS INC | $14,875.56 |
| 60 | E-mail/Regular Mail | KOPPERS PERFORMANCE CHEMICALS | $31,689.00 |
| 257 | E-mail/Regular Mail | KOPPERS RAILROAD STRUCTURES | $4,095.00 |
| 109 | E-mail/Regular Mail | LABORERS' DISTRICT COUNCIL BUILDING AND CONSTRUCTION HEALTH AND WELFARE FUND | $223,701.66 |
| 108 | E-mail/Regular Mail | LABORERS' DISTRICT COUNCIL HEAVY AND HIGHWAY CONSTRUCTION HEALTH AND WELFARE FUND | $191,507.40 |
| 276 | E-mail/Regular Mail | LABORERS LOCAL 231 HEALTH + WELFARE PLAN | $35,973.00 |
| 351 | Online Portal | LEGGETT & PLATT INCORPORATED EMPLOYEE BENEFIT FUND | $891,765.00 |
| 261 | E-mail/Regular Mail | LINE CONSTRUCTION BENEFIT FUND | $4,109,931.00 |
| 39 | Online Portal | LOCAL 1102 HEALTH AND BENEFIT FUND | $320,355.00 |
| 27 | E-mail/Regular Mail | LOCAL 1205 WELFARE FUND | $83,265.21 |
| 131 | Online Portal | LOCAL 1964 ILA HEALTH AND INSURANCE FUND | $111,782.79 |
| 277 | E-mail/Regular Mail | LOCAL 309 ELECTRICAL HEALTH AND WELFARE FUND | $81,333.00 |
| 247 | Online Portal | LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS HEALTH AND WELFARE PLAN | $249,921.00 |
| 65 | E-mail/Regular Mail | LOCAL 73 HEALTH AND WELFARE FUND | $38,304.00 |
| 28 | Online Portal | LOCAL 804 WELFARE TRUST FUND | $867,321.00 |
| 130 | E-mail/Regular Mail | LOCAL 808 IBT HEALTH AND WELFARE FUND | $100,296.00 |
| 110 | E-mail/Regular Mail | LOCAL 837 HEALTH AND WELFARE PLAN | $32,508.00 |
| 243 | E-mail/Regular Mail | LOCAL NO. 4 SEIU HEALTH & WELFARE FUND | $281,988.00 |
| 263 | E-mail/Regular Mail | LOCAL NO. 731 I. B. OF T. GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH AND WELFARE FUND, BY THE LOCAL NO. 731, I.B. OF T. HEALTH AND WELFARE FUND, SUCCESSOR IN INTEREST | $193,513.95 |
| 242 | E-mail/Regular Mail | LOCAL NO. 731, I.B. OF T. PRIVATE SCAVENGERS HEALTH AND WELFARE FUND, BY THE LOCAL NO. 731 I.B. OF T. HEALTH AND WELFARE FUND, SUCCESSOR IN INTEREST | $248,157.00 |
| 378 | Online Portal | LOCAL UNION NO. 226 IBEW OPEN END HEALTH AND WELFARE TRUST FUND | $52,227.00 |
| 238 | Online Portal | LOCAL UNION NO. 9 IBEW AND OUTSIDE CONTRACTORS HEALTH AND WELFARE FUND | $175,014.00 |
| 181 | Online Portal | LOMA LINDA UNIVERSITY BEHAVIORAL MEDICINE CENTER EMPLOYEE HEALTH PLAN | $20,100.15 |
| 625 | Online Portal | LOMA LINDA UNIVERSITY EMPLOYEE HEALTH PLAN | $149,566.41 |
| 182 | Online Portal | LOMA LINDA UNIVERSITY HEALTH CARE EMPLOYEE HEALTH PLAN | $215,871.39 |
| 535 | Online Portal | LOMA LINDA UNIVERSITY HEALTH SERVICES EMPLOYEE HEALTH PLAN | $50,480.01 |
| 636 | Online Portal | LOMA LINDA UNIVERSITY MEDICAL CENTER EMPLOYEE HEALTH PLAN | $600,101.46 |
| 23 | E-mail/Regular Mail | MASHANTUCKET PEQUOT HEALTH BENEFITS PLAN | $746,082.54 |
| 5 | Online Portal | MASS. BRICKLAYERS AND MASONS HEALTH WELFARE FUND | $251,244.00 |
| 328 | Online Portal | MAYO CLINIC | $6,453,153.00 |
| 294 | Online Portal | MAYO CLINIC HEALTH SYSTEM  EAU CLAIRE HOSPITAL, INC. | $283,878.00 |
| 313 | Online Portal | MAYO CLINIC HEALTH SYSTEM  MANKATO | $221,130.00 |
| 317 | E-mail/Regular Mail | MAYO CLINIC HEALTH SYSTEM AUSTIN | $99,351.00 |
| 303 | E-mail/Regular Mail | MAYO CLINIC HEALTH SYSTEM EAU CLAIRE CLINIC, INC. | $152,649.00 |
| 321 | E-mail/Regular Mail | MAYO CLINIC HEALTH SYSTEM RED WING | $73,395.00 |
| 53 | Online Portal | MEBA MEDICAL AND BENEFITS PLAN | $314,424.81 |
| 172 | Online Portal | MEDBEN EMPLOYEES HEALTH & WELFARE BENEFIT PLAN | $14,510.79 |
| 454 | E-mail/Regular Mail | MEMORIAL HEALTHCARE SYSTEM EMPLOYEE HEALTHCARE PROGRAM | $1,368,234.00 |
| 279 | E-mail/Regular Mail | MICHIGAN CONFERENCE OF TEAMSTERS WELFARE FUND | $1,775,088.00 |
|  | E-mail/Regular Mail | MICHIGAN UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS HEALTH AND WELFARE FUND BY THE HEARTLAND HEALTH AND WELLNESS FUND, SUCCESSOR IN INTEREST | $795,773.79 |
|  | E-mail/Regular Mail | MICHIGAN UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS RETIREE HEALTH AND WELFARE FUND F/K/A MICHIGAN UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS HEALTH AND WELFARE FUND | $7,391.79 |
| 198 | Online Portal | MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND | $715,512.42 |
| 264 | Online Portal | MIDWEST OPERATING ENGINEERS RETIREE WELFARE PLAN | $1,744,995.00 |
| 267 | Online Portal | MIDWEST OPERATING ENGINEERS WELFARE FUND | $348,999.00 |
| 352 | E-mail/Regular Mail | MO-KAN SHEET METAL WORKERS WELFARE FUND | $286,146.00 |
| 644 | E-mail/Regular Mail | MOTION PICTURE INDUSTRY HEALTH PLAN | $4,305,231.00 |
| 405 | Online Portal | NATIONAL ASSOCIATION OF LETTER CARRIERS HEALTH BENEFIT PLAN FOR EMPLOYEES AND STAFF | $74,193.21 |
| 397 | Online Portal | NATIONAL ASSOCIATION OF LETTER CARRIERS HEALTH BENEFIT PLAN HIGH OPTION | $8,504,937.63 |

| SISA Record Identifying Number | Submission Type | Name | 2014 Damages |
|---|---|---|---|
| | Online Portal | NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND | $2,344,356.00 |
| | Online Portal | NATIONAL AUTOMATIC SPRINKLER METAL TRADES WELFARE FUND | $49,959.00 |
| 119 | Online Portal | NATIONAL ELEVATOR INDUSTRY HEALTH BENEFIT PLAN | $4,336,877.79 |
| 269 | Online Portal | NECA-IBEW WELFARE TRUST FUND | $1,017,324.00 |
| 25 | E-mail/Regular Mail | NEW ENGLAND HEALTHCARE EMPLOYEES WELFARE FUND | $614,691.00 |
| 35 | Online Portal | NEW YORK HOTEL TRADES COUNCIL & AFFILATED LOCALS STAFF INSURANCE FUND | $162,981.00 |
| 55 | Online Portal | NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY INC. HEALTH BENEFITS FUND | $4,048,443.00 |
| 283 | Online Portal | NGS AMERICAN INC | $17,835.93 |
| 8 | E-mail/Regular Mail | NORTH ATLANTIC STATES CARPENTERS HEALTH BENEFITS FUND FORMERLY NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND | $933,345.00 |
| 304 | E-mail/Regular Mail | NORTH CENTRAL STATES REGIONAL COUNCIL OF CARPENTERS HEALTH FUND | $427,077.00 |
| 102 | Online Portal | NORTHEAST CARPENTERS HEALTH FUND (FORMERLY KNOWN AS NJ CARPENTERS WELFARE FUND) | $887,859.00 |
| 104 | Online Portal | NORTHERN NEW JERSEY TEAMSTERS BENEFIT PLAN | $273,672.00 |
| 422 | E-mail/Regular Mail | NRECA GROUP BENEFITS TRUST | $5,499,522.00 |
| 176 | Online Portal | OHIO CONFERENCE OF TEAMSTERS AND INDUSTRY HEALTH AND WELFARE FUND | $264,726.00 |
| | Online Portal | OPERATING ENGINEERS HEALTH AND WELFARE FUND LOCAL 12 | $1,687,833.00 |
| 349 | E-mail/Regular Mail | OPERATING ENGINEERS LOCAL 148 HEALTH AND WELFARE TRUST | $44,919.00 |
| 6 | Online Portal | PAINTERS AND ALLIED TRADES DISTRICT COUNCIL #35 HEALTH BENEFITS FUND | $237,195.00 |
| 100 | E-mail/Regular Mail | PAINTERS DISTRICT COUNCIL 711 HEALTH PLAN | $226,296.00 |
| 126 | E-mail/Regular Mail | PAINTERS DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE PLAN | $124,110.00 |
| 253 | E-mail/Regular Mail | PARK NICOLLET HEALTH SERVICES | $697,886.91 |
| 213 | Online Portal | PARKVIEW HEALTH SYSTEM INC. SIGNATURE CARE EMPLOYEE BENEFIT PLAN* | $819,063.00 |
| 213 | Online Portal | PARKVIEW HEALTH SYSTEM INC.* | |
| 392 | E-mail/Regular Mail | PEPCO HOLDINGS INC WELFARE PLAN FOR ACTIVE EMPLOYEES* | $674,954.91 |
| 392 | E-mail/Regular Mail | PEPCO HOLDINGS INC WELFARE PLAN FOR RETIREES* | |
| 86 | E-mail/Regular Mail | PICO ENTERPRISES, INC. BENEFIT PLAN | $4,296.60 |
| 224 | Online Portal | PIPE FITTERS WELFARE FUND LOCAL 597 | $843,066.00 |
| 202 | Online Portal | PIPE TRADES INDUSTRY HEALTH AND WELFARE PLAN | $316,449.00 |
| 308 | E-mail/Regular Mail | PIPE TRADES SERVICES MN WELFARE FUND (DUQ93NVKPR) | $762,633.90 |
| 497 | Online Portal | PIPELINE INDUSTRY BENEFIT FUND | $615,496.14 |
| 246 | E-mail/Regular Mail | PLUMBERS & PIPEFITTERS LOCAL NO. 25 WELFARE PLAN | $109,935.00 |
| 339 | Online Portal | PLUMBERS AND PIPEFITTERS WELFARE EDUCATIONAL FUND | $446,292.00 |
| | E-mail/Regular Mail | PLUMBERS AND STEAMFITTERS LOCAL 33 HEALTH AND WELFARE TRUST | $131,796.00 |
| 512 | Online Portal | PLUMBERS LOCAL 68 WELFARE FUND | $190,260.00 |
| 166 | Online Portal | PLUMBERS PIPE FITTERS AND MECHANICAL EQUIPMENT SERVICE LOCAL UNION NO 392 HEALTH AND WELFARE PLAN | $187,992.00 |
| 223 | Online Portal | PLUMBERS WELFARE FUND LOCAL 130 U A | $410,067.00 |
| 302 | Online Portal | POTAWATOMI CARTER CASINO HOTEL | $17,577.00 |
| 324 | E-mail/Regular Mail | PREFERREDONE ADMINISTRATIVE SERVICES, INC. | $40,509.00 |
| 402 | E-mail/Regular Mail | QUARLES PETROLEUM INC - ANTHEM VA BLUE CROSS BLUE SHIELD | $30,492.00 |
| 495 | E-mail/Regular Mail | QUIKTRIP CORPORATION EMPLOYEE BENEFITS PLAN | $925,596.00 |
| 272 | E-mail/Regular Mail | RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND | $175,266.00 |
| 372 | Online Portal | RETIREE MEDICAL PLAN OF THE PLUMBERS LOCAL 130 UA | $26,712.00 |
| 325 | E-mail/Regular Mail | RHSC INC. | $18,579.96 |
| 170 | E-mail/Regular Mail | RIVERSIDE RADIOLOGY AND INTERVENTIONAL ASSOCIATES, INC. | $28,539.00 |
| 623 | E-mail/Regular Mail | ROBERT F. KENNEDY FARMWORKERS MEDICAL PLAN | $357,147.00 |
| | E-mail/Regular Mail | ROCHESTER LABORERS WELFARE AND SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND | $86,121.00 |
| 330 | E-mail/Regular Mail | ROCHESTER PUBLIC SCHOOL DISTRICT | $229,656.42 |
| 599 | E-mail/Regular Mail | RODDA PAINT CO. HEALTH & WELFARE PLAN | $35,406.00 |
| | Online Portal | ROOFERS LOCAL 74203 WELFARE FUND | $29,358.00 |
| 236 | E-mail/Regular Mail | ROOFERS UNIONS WELFARE TRUST FUND | $310,716.00 |
| 628 | Online Portal | SAG-AFTRA HEALTH PLAN | $1,852,245.36 |
| 608 | E-mail/Regular Mail | SAMARITAN HEALTH SERVICES BENEFIT PLAN | $489,384.00 |
| 647 | E-mail/Regular Mail | SAN DIEGO COUNTY EMPLOYEES RETIREMENT ASSOCIATION | $93,107.07 |
| | Online Portal | SAN DIEGO ELECTRICAL HEALTH AND WELFARE FUND LOCAL 569 | $247,275.00 |
| 191 | E-mail/Regular Mail | SANDUSKY NEWSPAPERS, INC | $42,840.00 |
| 174 | Online Portal | SANFORD HEALTH PLAN | $2,415,111.93 |

| SISA Record Identifying Number | Submission Type | Name | 2014 Damages |
|---|---|---|---|
| 345 | E-mail/Regular Mail | SCHELL AND KAMPETER, INC DBA DIAMOND PET FOODS HEALTH AND WELFARE PLAN | $91,266.21 |
| 51 | Online Portal | SEAFARERS HEALTH AND BENEFITS PLAN | $1,029,735.00 |
| 152 | E-mail/Regular Mail | SEIU HEALTHCARE IL HOME CARE AND CHILD CARE FUND | $1,054,179.00 |
| 248 | Online Portal | SEIU LOCAL 1 & PARTICIPATING EMPLOYERS WELFARE FUND - FORMERLY SEIU LOCAL 25 WELFARE FUND | $1,716,057.00 |
| 348 | E-mail/Regular Mail | SEIU LOCAL 2000 HEALTH & WELFARE & PENSION TRUST FUND | $81,459.00 |
| 646 | Online Portal | SHEET METAL WORKERS HEALTH PLAN OF SOUTHERN CALIFORNIA ARIZONA AND NEVADA | $175,959.00 |
| 57 | Online Portal | SHEET METAL WORKERS LOCAL 58 WELFARE FUND | $17,136.00 |
| 225 | E-mail/Regular Mail | SHEET METAL WORKERS' LOCAL 73 WELFARE FUND | $286,524.00 |
|  | Online Portal | SHEET METAL WORKERS LOCAL 91 HEALTH & WELFARE FUND | $77,301.00 |
| 622 | Online Portal | SHOP IRONWORKERS LOCAL 790 WELFARE PLAN | $143,892.00 |
|  | Online Portal | SHREVEPORT ELECTRICAL HEALTH AND WELFARE FUND | $57,303.54 |
| 341 | Online Portal | SMART LOCAL 36 WELFARE FUND | $203,341.32 |
| 241 | E-mail/Regular Mail | SMART LOCAL LOCAL 265 WELFARE FUND (FORMERLY, SHEET METAL WORKERS LOCAL NO. 265 WELFARE FUND) | $202,797.00 |
|  | Online Portal | SONIC AUTOMOTIVE | $686,952.00 |
| 516 | E-mail/Regular Mail | SOUTH CENTRAL UNITED FOOD & COMMERCIAL WORKERS UNIONS AND EMPLOYERS HEALTH & WELFARE TRUST | $1,079,883.00 |
| 83 | Online Portal | SOUTH SOUND FAMILY DENTISTRY PLLC | $189.00 |
| 649 | E-mail/Regular Mail | SOUTHERN CALIFORNIA DRUG BENEFIT FUND | $495,243.00 |
| 626 | E-mail/Regular Mail | SOUTHERN CALIFORNIA PIPE TRADES HEALTH & WELFARE FUND | $706,356.00 |
| 162 | E-mail/Regular Mail | SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS & SURVIVING SPOUSES HEALTH FUND | $47,376.00 |
| 273 | Online Portal | SOUTHERN ILLINOIS LABORERS AND EMPLOYERS HEALTH AND WELFARE FUND | $196,056.00 |
| 64 | E-mail/Regular Mail | SOUTHERN TIER BUILDING TRADES WELFARE PLAN | $45,297.00 |
| 386 | E-mail/Regular Mail | SPECIAL AGENTS MUTUAL BENEFIT ASSOCIATION (SAMBA) / SAMBA FEDERAL EMPLOYEE BENEFIT ASSOCIATION | $1,185,030.00 |
| 350 | E-mail/Regular Mail | ST. LOUIS GLASS AND ALLIED INDUSTRIES HEALTH AND WELFARE FUND | $31,374.00 |
| 529 | E-mail/Regular Mail | ST. LOUIS LABOR HEALTHCARE NETWORK | $108,297.00 |
| 193 | Online Portal | STEUBENVILLE ELECTRICAL WELFARE FUND | $45,738.00 |
| 77 | E-mail/Regular Mail | STONE TRANSPORT Q | $14,679.00 |
| 266 | E-mail/Regular Mail | SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND | $398,286.00 |
| 435 | E-mail/Regular Mail | TEAM ONE REPAIR, INC. | $2,961.00 |
|  | E-mail/Regular Mail | TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA & VICINITY | $1,151,766.00 |
| 10 | Online Portal | TEAMSTERS HEALTH SERVICES INSURANCE PLAN LOCAL 404 | $110,187.00 |
| 103 | E-mail/Regular Mail | TEAMSTERS INDUSTRIAL EMPLOYEES WELFARE FUND | $222,579.00 |
| 401 | Online Portal | TEAMSTERS JOINT COUNCIL NO. 83 OF VIRGINIA HEALTH WELFARE FUND | $402,633.00 |
| 24 | Online Portal | TEAMSTERS LOCAL 1035 HEALTH SERVICES INSURANCE PLAN | $82,719.00 |
|  | Online Portal | TEAMSTERS LOCAL 282 WELFARE TRUST FUND | $468,027.00 |
| 18 | Online Portal | TEAMSTERS LOCAL 493 HEALTH SERVICES INSURANCE PLAN | $81,648.00 |
| 20 | Online Portal | TEAMSTERS LOCAL 559 HEALTH SERVICES AND INSURANCE PLAN | $61,047.00 |
| 105 | Online Portal | TEAMSTERS LOCAL 641 WELFARE FUND | $86,814.00 |
| 16 | Online Portal | TEAMSTERS LOCAL 671 HEALTH SERVICES AND INSURANCE PLAN | $193,347.00 |
| 21 | Online Portal | TEAMSTERS LOCAL 677 HEALTH SERVICES INSURANCE PLAN | $246,708.00 |
| 168 | Online Portal | TEAMSTERS OHIO CONTRACTORS ASSOCIATION HEALTH AND WELFARE FUND | $36,792.00 |
|  | Online Portal | THE CHICAGO PLASTERING INSTITUTE HEALTH AND WELFARE TRUST | $25,893.00 |
| 169 | E-mail/Regular Mail | THE FORD METER BOX COMPANY, INC EMPLOYEE BENEFIT PLAN | $66,717.00 |
| 306 | E-mail/Regular Mail | THE SPECIALTY MANUFACTURING CO. EMPLOYEE BENEFIT PLAN | $19,063.80 |
| 91 | E-mail/Regular Mail | THE UFCW NATIONAL HEALTH AND WELFARE FUND | $1,168,587.00 |
| 459 | Online Portal | THE UNDERWRITERS GROUP | $14,490.00 |
| 186 | Online Portal | TOLEDO FIREFIGHTERS HEALTH PLAN | $66,654.00 |
| 19 | Online Portal | TRANSPORTATION LOCAL 443 HEALTH SERVICES INSURANCE PLAN | $146,349.00 |
| 17 | Online Portal | TRI-STATE JOINT FUND | $945.00 |
| 92 | E-mail/Regular Mail | TRUCKING EMPLOYEES OF NORTH JERSEY WELFARE FUND, INC. | $183,456.00 |
| 154 | Online Portal | TRUSTMARK SERVICES COMPANY | $112,727.79 |
| 546 | Online Portal | TRUSTMARK SERVICES COMPANY (SAKSOFT INC.) | $5,310.90 |
| 613 | Online Portal | U. A. LOCAL NO. 447 PIPE TRADES HEALTH AND WELFARE PLAN | $109,557.00 |
| 343 | E-mail/Regular Mail | U.F.C.W. AND EMPLOYERS KANSAS AND MISSOURI HEALTH AND WELFARE FUND | $232,470.00 |
|  | E-mail/Regular Mail | UFCW & EMPLOYERS BENEFIT TRUST (UEBT) EIN ID: 94-6078804 | $2,641,779.00 |
| 139 | E-mail/Regular Mail | UFCW 655 WELFARE FUND | $996,786.00 |
| 408 | E-mail/Regular Mail | UFCW LOCAL 400 AND EMPLOYERS HEALTH AND WELFARE FUND | $183,267.00 |
|  | E-mail/Regular Mail | UFCW NORTHERN CALIFORNIA & DRUG EMPLOYERS HEALTH AND WELFARE TRUST FUND (VALLEY DRUG) EIN ID: 68-0139450 | $145,971.00 |

| SISA Record Identifying Number | Submission Type | Name | 2014 Damages |
|---|---|---|---|
| | E-mail/Regular Mail | UFCW UNIONS AND EMPLOYERS HEALTH AND WELFARE PLAN OF CENTRAL OHIO BY THE HEARTLAND HEALTH AND WELLNESS FUND, SUCCESSOR IN INTEREST | $664,335.00 |
| 515 | E-mail/Regular Mail | UMC HEALTH PLAN OPERATIONS | $351,162.00 |
| 610 | E-mail/Regular Mail | UMTA TRUST | $361,640.79 |
| 578 | Online Portal | UNION PACIFIC RAILROAD EMPLOYEES HEALTH SYSTEM | $1,428,336.00 |
| 222 | Online Portal | UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 1546 HEALTH & WELFARE FUND | $692,976.06 |
| 244 | E-mail/Regular Mail | UNITED FOOD AND COMMERCIAL WORKERS UNION AND EMPLOYERS MIDWEST BENEFITS FUND | $377,017.20 |
| 630 | E-mail/Regular Mail | UNITED FOOD AND COMMERCIAL WORKERS UNION AND FOOD EMPLOYERS BENEFIT FUND | $2,933,343.00 |
| 203 | Online Portal | UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS CALUMET REGION INSURANCE FUND | $113,518.44 |
| 59 | E-mail/Regular Mail | UPSTATE NEW YORK ENGINEERS HEALTH FUND | $286,524.00 |
| 447 | Online Portal | VOLUSIA HEALTH VENTURES INC | $200,340.00 |
| 271 | E-mail/Regular Mail | WABASH MEMORIAL HOSPITAL ASSOCIATION HEALTH AND WELFARE PLAN | $118,503.00 |
| 331 | Online Portal | WELLMARK INC. | $296,435.79 |
| 97 | E-mail/Regular Mail | WELLSPAN HEALTH CAFETERIA PLAN | $1,091,286.00 |
| 184 | Online Portal | WELTMAN, WEINBERG REIS CO., LPA | $67,851.00 |
| 409 | Online Portal | WEST VIRGINIA LABORERS TRUST FUND | $168,399.00 |
| 165 | Online Portal | WESTERN & SOUTHERN FINANCIAL GROUP FLEXIBLE BENEFITS PLAN | $437,955.21 |
| 631 | E-mail/Regular Mail | WESTERN GROWERS ASSURANCE TRUST | $2,932,013.07 |
| 301 | Online Portal | WISCONSIN ELECTRICAL EMPLOYEES HEALTH AND WELFARE PLAN | $271,845.00 |
| | Online Portal | WRITERS GUILD - INDUSTRY HEALTH FUND | $1,011,934.00 |
| 13 | E-mail/Regular Mail | YALE HEALTH PLAN | $1,582,812.00 |
| | **357** | | **$185,230,024.42** |
| | | | 2014 Total |

*Allocation to be determined post-judgment

7